# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135673

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                             SC: 135673
                                             COA: 272217
                                             Kent CC: 06-001490-FH;
                                                               06-000908-FC

MARQUIS DESHAUNE JENKINS,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

d0317

_____
Clerk